UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: MARK A. BARNETT, CHIEF JUDGE

_____
                                               )
TRIJICON, INC.,                             )
                                        Plaintiff,    )
                                               )
       v.                                         )     Court No. 22-00040
UNITED STATES,                         )
                                      Defendant.  )
_____)

## JOINT STATUS REPORT

      Plaintiff, Trijicon, Inc. ("Trijicon"), and Defendant the United States, (collectively, "the parties"), respectfully submit this joint status report in accordance with the Court's June 15, 2023 Second Amended Scheduling Order, ECF No. 24, at item number 2 ("Second Scheduling Order").

      The parties have completed discovery. The Second Amended Scheduling Order required the parties to complete fact discovery by Friday, July 21, 2023. Second Scheduling Order at item number 1. The parties have completed fact discovery pursuant to this schedule.

      The parties have conferred to determine whether either party intends to proceed with expert discovery. The parties confirm that neither Trijicon nor the United States intends to proceed with expert discovery.

      Pursuant to the Second Amended Scheduling Order, dispositive motions, if any, are to be filed by Friday, September 15, 2023. Second Scheduling Order at item number 6. The parties have agreed to file briefs seriatim, with Plaintiff filing by September 15, and Defendant filing a combined opposition and cross-motion thereafter.

Both Parties have agreed on the above summary. The Government consents to Trijicon's submission of this status report to the Court for its review.

Dated: August 2, 2023

By: */s/ Alexander D. Chinoy*
Alexander D. Chinoy
Cynthia Galvez
COVINGTON & BURLING LLP
850 10th Street NW
Washington, D.C. 20001

*Counsel to Trijicon, Inc.*